IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-01971-RMR

CARA FUNK

       Plaintiff,

v.

JUG AND BASIN ANTIQUES, LLC

       Defendant

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

In view of the Defendant's Original Answer filed on August 17, 2022, and pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

Plaintiff files this Voluntary Dismissal in the interests of justice.

DATED: August 19, 2022    Respectfully submitted,

            LAW OFFICES OF R. BRUCE THARPE
            PO Box 101
            Olmito, Texas 78575
            (956) 255-5111
            (866) 599-2596 - Fax

BY:  **/S/   R. Bruce Tharpe**
      R. Bruce Tharpe
      Texas State Bar ID No. 19823800
      Colorado State Bar ID No. 54500
      Federal Bar ID 13098
      PLAINTIFF'S COUNSEL

### CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on August 19, 2022, this notice was served on all parties of record via the COD_USDC electronic case filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

            **/S/   R. Bruce Tharpe**

1

R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF CARA FUNK